UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUTH ANNETTE COX,

    Plaintiff,

v.                                           CASE NO: 8:07-cv-508-T-SDM

EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,

    Defendant,

_____/

## **ORDER**

Educational Credit Management Corporation's motion to strike from the appellant's appendix and initial brief both items and citation to items that are not part of the record on appeal (Doc. 16) is **GRANTED**. The appellant is further ordered to omit from any further paper any citation to a document, evidence, or testimony outside the record on appeal. Further, the appellant's motion to retain items included in the appellant's appendix and initial brief (Doc. 17) is **DENIED**.

ORDERED in Tampa, Florida, on July 3, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE